### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, JUDGE

Civil Case No.   12-cv-00799-LTB

JANET GOINS,

       Plaintiff,

v.

WAKEFIELD & ASSOCIATES, INC.,

       Defendant.
___

### ORDER
___

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal With Prejudice (Doc 5 - filed August 13, 2012), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   August 14, 2012